UNITED STATES DISTRICT COURT **CLOSED**
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

**ORDER**

SARA SMITH :

                                                Civil   07-931   (DRD)

v. :

WALMART :

It has been reported to the Court that the above entitled action has been settled;

It is on this 27th day of September, 2007

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

                                                        _____
                                                           DICKINSON R. DEBEVOISE
                                                   United States District Judge